DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE WATERVIEW TOWERS CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**LEISURE RESORTS, LLC,**
Appellee.

No. 4D17-3613

[June 21, 2018]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Gillen, Judge; L.T. Case No. 50-2014-CA-014856-AXXX-MB.

Scott A. Cole of Cole, Scott & Kissane, P.A., Miami, for appellant.

Dean A. Morande, Joseph Ianno, Jr. and Henry S. Wulf of Carlton Fields Jorden Burt, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*